OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 15 2015

**WR-83,995-02**

10/12/2015
**TOUT, JAMES EMIL**
On this day, the original writ of prohibition has been received and presented to the
Court.

Abel Acosta, Clerk

Tr. Ct. No.

JAMES EMIL TOUT
C/O DAVID A. SCHULMAN, ATTORNEY AT LAW
1801 EAST 51ST STREET SUITE 365-474
AUSTIN, TX 78723